
FILED IN OPEN COURT
ON 2/21/13 SWT
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-8-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DISMISSAL ORDER |
| | ) | |
| RONALD SLEZAK | ) | |

The United States of America by and through the United States Attorney for the Eastern District of North Carolina, Has Moved the Court to dismiss all charges in the pending Indictment as they relate to defendant Slezak. Such charges include Counts One, Three, Four, Five, and Six as they relate to defendant Slezak alone. After due deliberation and noting the government's belief that such dismissal furthers the ends of justice, the Court hereby GRANTS THE ORDER. All charges pertaining to the defendant are hereby DISMISSED as they relate to this defendant only.

So ORDERED this 21st day of February, 2013.

LOUISE W. FLANAGAN
United States District Court Judge